O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINECEA EDWARDS, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>DENNIS M. SULLIVAN, et al.,<br><br>　　　　　　　Defendants. | Case No.:  2:21-cv-08812-MEMF (JEMx)<br><br>**ORDER GRANTING JOINT STIPULATION TO MODIFY SCHEDULING ORDER [ECF NO. 25]** |

　　　　The Court, having considered the parties' Stipulation to Amend the Scheduling Order (ECF No. 25) and finding good cause therefor, hereby GRANTS the request and sets the following deadlines:

/ / /

/ / /

/ / /

1

| Trial and Final Pretrial Conference Dates | Court Order |
|---|---|
| Trial | September 25, 2023 at 8:30 a.m.<br>Jury Trial, Est. 5 Days |
| Final Pre Trial Conference ("FPTC") [L.R. 16], Hearings on Motions in Limine | September 6, 2023, at 9:00 a.m. |
| **Event** | **Court Order** |
| Fact Discovery Cut-Off | July 4, 2023 |
| Expert Disclosure (Initial) | May 11, 2023 |
| Expert Disclosure (Rebuttal) | June 12, 2023 |
| Expert Discovery Cut-Off | September 10, 2023 |
| Last Date to Hear Motions | June 15, 2023 |
| Last Date to Complete Settlement Conference/Mediation | June 28, 2023 |
| Trial Filings | August 9, 2023 |
| Trial Filings (second round) | August 23, 2023 |

IT IS SO ORDERED.

Dated: February 7, 2023

_____

MAAME EWUSI-MENSAH FRIMPONG

United States District Judge